No. 785. NATIONAL GARMENT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. C. A. 8th. Certiorari denied. *Charles H. Houston* and *Victor Packman* for petitioner. *Solicitor General Perlman, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 787. TRUST COMPANY OF CHICAGO, ADMINISTRATOR, *v.* ERIE RAILROAD CO. C. C. A. 7th. Certiorari denied. *Philip R. Davis* for petitioner. *Clyde E. Shorey* and *Frederic Barth* for respondent.

No. 788. CHICK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 1st. Certiorari denied. *Robert A. B. Cook* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Lee A. Jackson* and *Helen Goodner* for respondent.

No. 791. LILY HO QUON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 9th. Certiorari denied. *George T. Altman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, A. F. Prescott* and *Fred E. Youngman* for respondent.

No. 794. VAIL MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. C. A. 7th. Certiorari denied. *Kenneth G. Spaulding* for petitioner. *Solicitor General Perlman, David P. Findling* and *Ruth Weyand* for respondent.

No. 795. MILWAUKEE MECHANICS' INSURANCE CO. *v.* MACDONALD ET AL., DOING BUSINESS AS ELCAR COACH. C. C. A. 7th. Certiorari denied. *Donald N. Clausen* and *Herbert W. Hirsh* for petitioner.